IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2011 MAY 12 PM 3:28
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| ROBERT J. ELKO | ) | |
| | ) | |
| Debtor | ) | CH 13 Case No. 06-40091 |
| | ) | |
| | ) | **TRANSMITTAL OF UNCLAIMED FUNDS** |

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> ROBERT J. ELKO
> 5313 Linger Place
> Youngstown, OH 44514
>
> $6.31
>
> **TOTAL:** $6.31

2. A check in the amount of $77.55, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this 12th day of May, 2011.

_____
MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
ROBERT J. ELKO )
)
       Debtor ) CH 13 Case No. 06-40091
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 12 day of May, 2011, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

                         MICHAEL A. GALLO, TRUSTEE
                         20 Federal Plaza West
                         Suite #602
                         Youngstown, OH 44503

                         By: *Jennifer R Buch* (signature)
                              Jennifer Buchmann - Assistant

Trustee:67  TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR: 523237
VOUCHER FOR CHECK: 880848
DATED: 2011/04/22

Page 1 OF 1

| NAME OF CREDITOR | CASE | CLMS | CREF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE PRINCIPAL | INTEREST | NEW BALANCE PRINC + INT |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0584467 | 926 | 6 | 52 LOGAN, BRUCE M LOGAN, CAROL L | UNCLAIMED FUNDS | 1.04 | 0.00 | 1.04 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640091 | 926 | 6 | 10 ELKO, ROBERT J | UNCLAIMED FUNDS | 6.31 | 0.00 | 6.31 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0642050 | 926 | 6 | 17 HANNON, SHAWN M | UNCLAIMED FUNDS | 65.19 | 0.00 | 65.19 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0940787 | 926 | 6 | 55 WHITE, MARK WHITE, JENNIFER | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 | 0.00 |

#ITEMS 4

CURRENT CHECK   PRINCIPAL 77.55   INTEREST 0.00   PRINC+INT 77.55